IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Tony Terrell Woods #224279 )
Full name and prison number )
of plaintiff(s) )
)
v. )     CIVIL ACTION NO.
)     (To be supplied by Clerk of
STATE OF ALABAMA DEPARTMENT )     U.S. District Court)
)
OF CORRECTION, COMMISSIONER )
)     2:07cv173-ID
RICHARD ALLEN ET-AL CAPTAIN )
)
HORACE BURTON ET-AL, FRANK LEE )
YOUTH CENTER 5395 INGRAM ROAD )
DEATSVILLE AL 36022 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2007 FEB 27 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?   YES ( )   NO (X)

   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?   YES ( )   NO (X)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below. (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s)   N/A

           Defendant(s)   N/A

       2.  Court (if federal court, name the district; if
           state court, name the county)   N/A

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __FRANK LEE YOUTH CENTER 5375 INGRAM ROAD DEATSVILLE, AL 36022__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __FRANK LEE YOUTH CENTER 5375 INGRAM ROAD DEATSVILLE, AL 36022__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                ADDRESS

1. __CAPTAIN HORACE BURTON    5375 INGRAM Rd DEATSVILLE, AL 36022__
2. __N/A__
3. __N/A__
4. __N/A__
5. __N/A__
6. __N/A__

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __February 20th 2007__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Captain Horace Burton discriminated aginst me concerning a disciplinary__

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

February 13th 20th 2007 Frank Lee youth center I was served a disciplinary and I went to talk to Captain Burton to see if he would reduce the disciplinary to a citation, but he stated that no he cant do that, so I asked him why? and he stated that he just dont do things like that so, I said to him, you throw throw out the disciplinary that Steven Walters had earlier in the month, so at that time I said to Captain Burton, why would you help one person, but want help the other one? then I stated, I guess it's just favoritism then Captain Burton replied, "quote yes it is, theres favoritism no matter where you go in the world" end of quote but that was no isolated incident, because he has also done it for others as well. These things should not be taking place by an Prison official, It is Due process that all should be treated: equally and if not then they have violated my civil rights. Discrimination or any type of Favoritism is a violation of: the ALAbAMA Department of corrections administration regulations, and a violation of The ALAbAMA Personnel Board Rule 208 OF S.O.P. Which States that ALL inmates must be treated equally, but Captain Burton broke the rules and regulations and the guidelines of those that was set before him in showing all types of favoritism to inmates. I have inmates that are willing to testify on my behalf concerning this complaint as well, I have An employee of the AlAbAMA Department of Corrections here at Frank Lee youth center that is also willing to Testify on my behalf. corcerning this Complaint.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for my disciplinary to be dismissed (thrown out) as so many others has been done away with, and I would like for something to be done about the favoritism and the discrimination that be shown toward inmates. ALL should be treated equal. Also, I request to amend to this complaint at a later date, also I request to add sworn affidovits from witnesses

_Tony T. Work_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __February 22nd 2007__.
(Date)

_Tony T. Work_
Signature of plaintiff(s)

LEGAL MAIL

Tony Woods #224279
F.L.Y.C C-Dorm Bed #31-B
P.O. Box 220410
Deatsville, AL. 36022

THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT BEEN EVALUATED
AND THE AL DEPT OF CORRECTIONS IS
NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENTS THEREIN

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENTS THEREIN.

LEGAL MAIL