| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Horace Burton Jr._ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Horace Burton Jr.   3/1/07 |
| 1. Article Addressed to:<br><br>Captain Horace Burton<br>Frank Lee Youth Center<br>P.O. Box 220410<br>Deatsville, AL 36022-0410<br><br>07cv173 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7006 2760 0002 8193 2139 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540