UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY TERRELL WOODS,<br>AIS #224279,<br><br>    Plaintiff,<br>    vs.<br><br>STATE OF ALABAMA<br>DEPARTMENT OF CORRECTIONS,<br>et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  2:07-CV-0173-ID<br>)  [WO]<br>)<br>)<br>)<br>) |

## MOTION TO EXPAND TIME

Come now Defendants and ask the Court to expand the time in which to file the Special Report in this case up to and including April 25, 2007.

As reasons therefor, Defendants show the Court that one (1) affiant who is necessary to provide a full and complete report has been on leave and unavailable.

In addition, counsel has a family medical emergency concerning his mother, who is in a nursing home.

Plaintiff will not be prejudiced by the granting of this short extension.

Respectfully submitted,

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL   36130-1501
(334)353-3889

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Tony Terrell Woods #224279
Frank Lee Youth Center
POB 220410
Deatsville, AL 36022

/s/ Neal P. Conner
NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL