IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY TERRELL WOODS, #224279, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv173-ID |
| ) | [WO] |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 30, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED and that this case is hereby DISMISSED without prejudice for Plaintiff's abandonment of his claims and his failure to properly prosecute this action and comply with the orders of the court.

An appropriate judgment will be entered.

Done this 21st day of June, 2007.

    /s/ Ira DeMent
    SENIOR UNITED STATES DISTRICT JUDGE