DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001568
Cashier ID: brobinso
Transaction Date: 12/13/2007
Payer Name: RED EAGLE HONOR FARM
------------------------------------
PLRA CIVIL FILING FEE
 For: TONY TERRELL WOODS
 Case/Party: D-ALM-2-07-CV-000173-001
 Amount:          $12.00
------------------------------------
CHECK
 Check/Money Order Num: 7196
 Amt Tendered:  $12.00
------------------------------------
Total Due:       $12.00
Total Tendered:  $12.00
Change Amt:      $0.00