DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004914
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: RED EAGLE HONOR FARM
------------------------------------
PLRA CIVIL FILING FEE
 For: Tony Terrell Woods
 Case/Party: D-ALM-2-07-CV-000173-001
 Amount:        $60.20
------------------------------------
CHECK
 Check/Money Order Num: 7691
 Amt Tendered: $60.20
------------------------------------
Total Due:       $60.20
Total Tendered: $60.20
Change Amt:      $0.00